IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LAWRENCE BROWN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-147 |
| v. | |
| BOARD OF REGENTS FOR THE UNIVERSITY SYSTEM OF GEORGIA, | |
| Defendant. | |

**O R D E R**

On January 19, 2024, the parties advised the Court that they have reached a resolution of this case and will file a joint stipulation of dismissal upon execution of a settlement agreement. (Doc. 67.) In light of the parties' announcement, the Court hereby **CONTINUES** the January 22, 2024 jury selection and trial until further Order of the Court. Additionally, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within forty-five (45)

days, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 19th day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA